FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OCT 18 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-30173-NJR |
| | ) | |
| KASSIM L. AQUIL, | ) | |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 113(a)(6). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**ASSAULT RESULTING IN SERIOUS BODILY INJURY**

On or about September 1, 2017, in Bond County, Illinois, within the Southern District of

Illinois,

**KASSIM L. AQUIL,**

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the

federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on

land acquired for the use of the United States and under its concurrent jurisdiction, intentionally

assaulted P.P. and, as a result, P.P. suffered serious bodily injury; all in violation of Title 18, United States Code, Section 113(a)(6).

**A TRUE BILL**

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention